## LEERBURGER v. HENNESSY REALTY CO.

(Supreme Court, Appellate Division, First Department. June 10, 1910.)

APPEAL AND ERROR (§ 151*)—RIGHT TO APPEAL—PARTY AGGRIEVED.

A corporation was not aggrieved by an order adjudging its president guilty of contempt of court, and could not appeal therefrom.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 947–952; Dec. Dig. § 151.*]

Appeal from Special Term, New York County.

Action by Henry Leerburger against the Hennessy Realty Company. From an order adjudging one Polstein, defendant's president, guilty of contempt of court, defendant appeals. Dismissed.

See, also, 134 App. Div. 951, 118 N. Y. Supp. 1120.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, LAUGHLIN, and DOWLING, JJ.

Henry S. Mansfield, for appellant.
Everett V. Abbot, for respondent.

PER CURIAM. As this proceeding was against Polstein, and not against the defendant, Polstein only was the one aggrieved, and the only one that could appeal. As the notice of appeal shows that it is the defendant that appeals, and the defendant was not aggrieved by the order, the appeal must be dismissed, with $10 costs and disbursements.